CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

OCT 3 0 2009

JOHN F. CORCORAN, CLERK
BY: _____
    DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

EFREN M. ISANAN,                    )
                                    )
            Petitioner,             )   Case No. 7:09CV00411
                                    )
v.                                  )
                                    )   **FINAL ORDER**
                                    )
GENE M. JOHNSON, DIRECTOR,          )   By: Glen E. Conrad
                                    )   United States District Judge
            Respondent.             )

In accordance with the accompanying memorandum opinion, it is hereby

**ORDERED**

that the petition for a writ of habeas corpus, pursuant to 28 U.S.C. § 2254, is **DISMISSED** as

untimely filed; and this action is stricken from the active docket of the court. Based upon the court's

finding that the defendant has not made the requisite showing of denial of a substantial right, a

certificate of appealability is **DENIED**.

ENTER: This _30th_ day of October, 2009.

_____
United States District Judge